**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
LUC BURBON, on behalf of herself and all others
similarly situated,

     Plaintiffs,

- against -

PACIFIC MANAGEMENT INVESTMENT
COMPANY LLC,

     Defendant.
------------------------------------------------x

Case No.:1:18 cv 04633 (JPO)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

  Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been achieved. Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties.

Date: July *13*, 2018

Joseph H. Mizrahi
Daniel C. Cohen
**COHEN & MIZRAHI LLC**
300 Cadman Plaza West, 12 Fl.
Brooklyn, New York 11201
Tel: (646) 645-8482
E-mail: joseph@cml.legal

*Attorneys for Plaintiff*

SO ORDERED:

_____
**J. PAUL OETKEN**
United States District Judge

Joshua A. Stein
Maxine A. Adams
**EPSTEIN, BECKER & GREEN, P.C.**
250 Park Avenue
New York, New York 10177
Tel: (212) 351-4500
E-mail: jstein@ebglaw.com

*Attorneys for Defendant*

Date: July 18, 2018